# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PROTECTMAX, LLP,** | |
| Plaintiff, | |
| v. | |
| **GARRI MILMAN** a/k/a GARIC MILMAN a/k/a GARRY WILMAN a/k/a GARRI MILNAN a/k/a GARRI ILMAN a/k/a GARRI ONILMAN a/k/a GARY MILMAN a/k/a GARRI I. ILMAN a/k/a GARI MILMAN a/k/a GARI MESH a/k/a GARRI MILMOUR a/k/a GARRI MILMOUR a/k/a GIGARRI MILMAN; **SVETLANA P. MILMAN** a/k/a SVETLANA F. PLOSKINA; **CNN USA TRADING, INC.; EASY LEASING, LLC** a/k/a EZ LEASING; **EASY LEASING OF MIAMI, INC.; EASY TESTING INCORPORATED; EASY TESTING MEDICAL, PC; IMMIGRATION SERVICES FOR NEW AMERICANS, INC.; BAY HEALTH CLUB, INC.; 2264 65TH STREET PROPERTIES, LLC; FORTUNA ENTERTAINMENT OF NY, LTD; JOHN DOE # 1 THROUGH # 5; and JANE DOE # 1** | **CIVIL ACTION NO.** |
| Defendants. | |

## SWORN DECLARATION OF ALEKSANDR KOUCHNIR

Aleksandr Kouchnir, being duly sworn, deposes and states as follows:

1.     My name is Aleksandr Kouchnir.  I am a citizen of the Kingdom of The Netherlands and a copy of my passport is attached herewith as Exhibit "1" to this Sworn Declaration. I am authorized to make this declaration on behalf of, Protectmax, LLP ("PMX").  I possess the necessary capacity to make this Declaration and I make this Declaration based on facts of which I have personal knowledge.

2.     This action involves the misappropriation of moneys entrusted by Plaintiff to Defendants.  I have reviewed the allegations set forth in the Complaint filed in this action.  The

allegations are accurate, true and correct to the best of my knowledge, information and belief. I verify that at present, the amount owed to PMX is $454,564.

3.    The moneys at issue were entrusted by Plaintiff to Defendants, who are New York residents.  However, the entrustment was part of an ongoing business relationship pursuant to which Plaintiff wire-transferred funds to Defendants, which Defendants then used to purchase cars in New Jersey and ship said cars to Plaintiff via the Port of Newark.  The money was wire-transferred to TD Bank, a financial institution headquartered in the State of New Jersey.  See, Exhibit "2."  The bank account number into which the funds were transferred is XXXXXX1954 (the "1954 Account").

4.    In addition, Defendant Milman, EZ Leasing and CNN USA Trading have extensive and ongoing business contacts with the State of New Jersey.  These defendants obtain warehouse financing for the acquisition and export of vehicles overseas through T.R.T. International, a company with its principal place of business in New Jersey.  In addition, at least $130,000 of the indebtedness sought in the Complaint was actually incurred in the State of New Jersey and involved a payment by Plaintiff to T.R.T. International who has seized and "arrested" vehicles that had already been paid for by Plaintiff via money transferred to Defendant.

5.    The statements attributed to Gary Milman ("Milman") in the Complaint including, without limitation, admissions that Milman misappropriated funds transferred to his companies were actually made by Milman to me during telephone conversations that Milman and I had regarding the missing funds.

6.    In addition, on or about May 9, 2011, I met with Milman at his office 2264 64th Street, Brooklyn, New York to discuss the missing funds.

7.  Milman informed me that he had no choice but to take the funds because certain of his relatives had allegedly "broken off" from his companies, EZ Leasing and CNN trading, and that his business has suffered as a result.

8.  Milman also informed me the funds transferred to him by PMX were invested and/or deposited into other businesses including, without limitation, Easy Testing, a medical testing business.

9.  Milman promised to repay the money within three (3) months.  As a sign of "good faith" Milman repaid the sum of $20,000 in or around May 15, 2011.  Notably, this payment was made in cash.  He told me that the rest of the money would be forthcoming from his businesses which, according to Milman, were becoming profitable and that if, for some reason, he was unable to repay the money within that time frame, he would sell and/or mortgage his multi-million dollar persona residence in Arkansas Avenue in Brooklyn, New York.

10.  I did not agree to any repayment or forbearance agreement however, I gave Milman one more opportunity to make good on his promises.

11.  Between the $20,000 payment made on or about May 15, 2011 and September 22, 2011 no effort has been made to return the misappropriated funds.  I contacted Milman on several occasions demanding repayment and/or requesting adequate assurance and security and most of my calls were ignored.  I had also requested that Mr. Milman and his spouse, who directly benefited from the misappropriated funds, execute loan documents, guarantees and/or security instruments granting PMX reasonable assurance that payment would be forthcoming.  No such documents have been executed as of this date.

12.  I flew to the United States on or about September 21, 2011.  On Thursday, September 22, 2011, I telephoned Mr. Milman and requested repayment. In my discussions with

Milman, he indicated that neither he nor his companies had to pay back any of the misappropriated funds because he could always turn around and file for bankruptcy instead of repaying me. He further indicated that his assets were titled in the name of his spouse, Svetlana and his mother-in-law, who lives in Florida and whose name is unknown to me and that pursing him in court would be a useless exercise.

13.    I again requested that Milman put up as collateral, his house and/or his interests in the various companies that he controls, all of which continue to trade and do business and all of which have been capitalized with moneys stolen from PMX. Milman has refused and has essentially informed me that as a foreign creditor, PMX has no rights and cannot recover anything and that the only hope of repayment is continued "patience" and that he will pay me if and when he can.

14.    Since Thursday, September 22 ,2011, Milman has not returned my calls no responded to my requests to meet with him.

15.    Milman's repayment proposal is unacceptable to PMX.

16.    Milman continues to live a lavish lifestyle financed, in whole or in part, by money stolen from PMX.

17.    As of this date, with the exception of the $20,000 referenced above, none of the misappropriated funds have been repaid and Milman has provided PMX with no information indicating that he has any intention of repaying the missing funds.

18.    PMX has hired counsel and wishes to pursue its rights.

19.    I am informed by my attorneys that while Milman owns an expensive home in Brooklyn, New York, the home is subject to at least two mortgages and a line of credit. The line of credit can be drawn down upon to deplete the available equity. I am further informed that

Milman and his businesses have a banking relationship with TD Bank, a financial institution headquartered in Mt. Laurel, New Jersey.

20.     I have traveled to the United States and, in particular, into the State of New Jersey on September 26, 2011 to make this Declaration and I declare under penalty of perjury under the laws of the Unites States that the foregoing is true and correct.

[SIGNATURE PAGE TO FOLLOW]

Executed on September 26, 2011 in New Jersey

_____
Mr. Aleksandr Kouchnir

# EXHIBIT 1

GELDIG VOOR ALLE LANDEN

Valid for all countries / Valable pour tous les pays

OPMERKINGEN VAN BEVOEGDE INSTANTIES

Page reserved for issuing authorities / Page réservée aux autorités
compétentes pour délivrer le passeport (14)

# PASPOORT KONINKRIJK DER NEDERLANDEN
KINGDOM OF THE NETHERLANDS / ROYAUME DES PAYS-BAS

| P | NLD | Nederlandse | NW9CJ5PH8 |
|---|---|---|---|

**Kouchnir**

Aleksandr Lyvovitsj

26 JUN/JUN    1965    208957467

Odessa    M    1,85 m

30 JUN/JUN 2009    30 JUN/JUN 2014

Burgemeester Alkmaar

A. Koushnir

**NLD**

P<NLDKOUCHNIR<<ALEKSANDR<LYVOVITSJ<<<<<<<<<<
NW9CJ5PH86NLD6506261M1406300208957467<<<<<02

# EXHIBIT 2

Reģionālā Investīciju Banka



**INVESTICIJU BANKA**

Международное перечисление

| | |
|---|---|
| Номер счета Клиента * | LV31RIBR00028160N0000 |
| Клиент | PROTECTMAX LLP |
| Перечисление № * | 415 |
| Дата исполнения * | 02/11/2010 |
| Сумма и валюта * | 56474.00 USD |

### Сведения о получателе:

| | |
|---|---|
| Получатель * | CNN USA TRADING INC |
| Регистрационный номер получателя | |
| Код государства получателя * | United States - US |
| Адрес получателя | 2264 65th Street, Brooklyn, NY 11204 |
| Номер счета получателя * | 4247341954 |
| Информация получателю * | Payment for autocars , Invoice date 2010/09/28 |
| Вид перечисления | Экспресс |
| Плательщик комиссии | OUR |

### Сведения о банке получателя:

| | |
|---|---|
| Код банк получателя | SWIFT |
| SWIFT Код * | NRTHUS33 |
| Банк получателя * | TD BANK, N.A. |
| Код государства банка получателя * | United States - US |
| Адрес банка получателя | MONT LAREUL,NJ |
| Дополнительная информация о банке получателя | |
| Номер счёта банка получателя в банке посреднике | |

### Сообщение банку (номер факса или адрес эл-почты)

| | |
|---|---|
| Желаю получить копию SWIFT в интернетбанке | Нет |
| Получить копию SWIFT другим образом | |

05.04.2011

Swift Input : FIN 103 Single Customer Credit Transfer

Sender : BLIBLV22XXX

BALTIC INTERNATIONAL BANK

RIGA, LATVIA

Receiver : BKTRUS33XXX

DEUTSCHE BANK TRUST COMPANY AMERICAS

NEW YORK,NY, UNITED STATES

Message User Reference (MUR) : 1580151585.00

------------------------------------ Message Text ------------------------
----------

20: Transaction Reference Number

FT11095BFPQF

23B: Bank Operation Code or Identification of the Option

CRED (Credit transfer where there is no SWIFT Service Level involved)

32A: Value Date, Currency and Amount

Date : 05 April 2011

Currency : USD (US DOLLAR)

Amount : #20,000.00#

50K: Ordering Customer Additional Party (Name and Address)

/LV49BLIB1001013039001

TANKER INTERNATIONAL LIMITED

1504 B. 363 Queen Street,

Auckland, New Zealand

57A: Account With Institution (ISO Bank Identifier Code)

NRTBUS33

TD BANK, N.A.

MOUNT LAUREL,NJ, UNITED STATES

59: Beneficiary Customer

/4247341954

CNN USA TRADING INC 2264 65TH

STREET BROOKLYN, NEW YORK 11204

70: Details of Payment

PMNT FOR CARS ACC INV W/N DD

31/03/2011

71A: Details of Charges

OUR (Charges to be borne by the ordering customer)

```
----------- Message Header ----------------------------------
Swift Input : FIN 103 Single Customer Credit Transfer
Sender : BLIBLV22XXX
         BALTIC INTERNATIONAL BANK
         RIGA, LATVIA
Receiver : BKTRUS33XXX
         DEUTSCHE BANK TRUST COMPANY AMERICAS
         NEW YORK,NY, UNITED STATES
Message User Reference (MUR) : 1579443151.00
------------------------------ Message Text ------------------------------
-----
 20: Transaction Reference Number
     FT11088QVGN6
23B: Bank Operation Code or Identification of the Option
     CRED (Credit transfer where there is no SWIFT Service Level involved)
32A: Value Date, Currency and Amount
     Date        : 29 March 2011
     Currency    : USD (US DOLLAR)
     Amount      : #80,000.00#
50K: Ordering Customer Additional Party (Name and Address)
     /LV49BLIB1001013039001
     TANKER INTERNATIONAL LIMITED
     1504 B, 363 Queen Street,
     Auckland, New Zealand
57A: Account With Institution (ISO Bank Identifier Code)
     NRTHUS33
     TD BANK, N.A.
     MOUNT LAUREL,NJ, UNITED STATES
 59: Beneficiary Customer
     /4247341954
     CNN USA TRADING INC 2264 65TH
     STREET BROOKLYN, NEW YORK 11204
 70: Details of Payment
     PMNT FOR CARS ACC INV W/N DD
     25/03/2011
71A: Details of Charges
     OUR (Charges to be borne by the ordering customer)
```

```
-------------- Message Header ----------------------------------
Swift Input : FIN 103 Single Customer Credit Transfer
Sender : BLIBLV22XXX
          BALTIC INTERNATIONAL BANK
          RIGA, LATVIA
Receiver : BKTRUS33XXX
          DEUTSCHE BANK TRUST COMPANY AMERICAS
          NEW YORK,NY, UNITED STATES
Message User Reference (MUR) : 1578653298.00
-------------------------------- Message Text ------------------
-----
 20: Transaction Reference Number
     FT11080NB3K7
23B: Bank Operation Code or Identification of the Option
     CRED (Credit transfer where there is no SWIFT Service Level involved)
32A: Value Date, Currency and Amount
     Date            : 21 March 2011
     Currency        : USD (US DOLLAR)
     Amount          : #62,580.00#
50K: Ordering Customer Additional Party (Name and Address)
     /LV49BLIB1001013039001
     TANKER INTERNATIONAL LIMITED
     Level 5, 369 Queen Street
     Auckland, New Zealand
57A: Account With Institution (ISO Bank Identifier Code)
     NRTHUS33
     TD BANK, N.A.
     MOUNT LAUREL,NJ, UNITED STATES
 59: Beneficiary Customer
     /4247341954
     CNN USA TRADING INC 2264 65TH
     STREET BROOKLYN, NEW YORK 11204
 70: Details of Payment
     PMNT FOR CARS ACC INV W/N DD
     18/03/2011
71A: Details of Charges
     OUR (Charges to be borne by the ordering customer)
```

```
------------- Message Header ---------------------------------
Swift Input : FIN 103 Single Customer Credit Transfer
Sender : BLIBLV22XXX
         BALTIC INTERNATIONAL BANK
         RIGA, LATVIA
Receiver : RZBAATWWXXX
         RAIFFEISEN BANK INTERNATIONAL AG
         VIENNA, AUSTRIA
Message User Reference (MUR) : 1578357435.00
-------------------------------- Message Text ----------------------------
-----
 20: Transaction Reference Number
     FT11077VY3V9
23B: Bank Operation Code or Identification of the Option
     CRED (Credit transfer where there is no SWIFT Service Level involved)
32A: Value Date, Currency and Amount
     Date           : 18 March 2011
     Currency       : USD (US DOLLAR)
     Amount         : #100,000.00#
33B: Amount
     Currency       : USD (US DOLLAR)
     Amount         : #100,000.00#
50K: Ordering Customer Additional Party (Name and Address)
     /LV49BLIB1001013039001
     TANKER INTERNATIONAL LIMITED
     Level 5, 369 Queen Street
     Auckland, New Zealand
57A: Account With Institution (ISO Bank Identifier Code)
     NRTHUS33
     TD BANK, N.A.
     MOUNT LAUREL,NJ, UNITED STATES
 59: Beneficiary Customer
     /4247341954
     CNN USA TRADING INC 2264 65TH
     STREET BROOKLYN, NEW YORK 11204
 70: Details of Payment
     PMNT FOR CARS ACC INV W/N DD
     16/03/2011
71A: Details of Charges
     OUR (Charges to be borne by the ordering customer)
```

```
--------------- Message Header --------------------------------
Swift Input : FIN 103 Single Customer Credit Transfer
Sender : BLIBLV22XXX
         BALTIC INTERNATIONAL BANK
         RIGA, LATVIA
Receiver : BKTRUS33XXX
         DEUTSCHE BANK TRUST COMPANY AMERICAS
         NEW YORK,NY, UNITED STATES
Message User Reference (MUR) : 1575956996.03
-------------------------------- Message Text ---------------------------
-----
 20: Transaction Reference Number
     FT11053FMW0J
23B: Bank Operation Code or Identification of the Option
     CRED (Credit transfer where there is no SWIFT Service Level involved)
32A: Value Date, Currency and Amount
     Date         : 22 February 2011
     Currency     : USD (US DOLLAR)
     Amount       : #131,600.00#
50K: Ordering Customer Additional Party (Name and Address)
     /LV49BLIB1001013039001
     TANKER INTERNATIONAL LIMITED
     Level 5, 369 Queen Street
     Auckland, New Zealand
57A: Account With Institution (ISO Bank Identifier Code)
     NRTHUS33
     TD BANK, N.A.
     MOUNT LAUREL,NJ, UNITED STATES
 59: Beneficiary Customer
     /4247341954
     CNN USA TRADING INC 2264 65TH
     STREET BROOKLYN, NEW YORK 11204
 70: Details of Payment
     PMNT FOR CARS ACC INV W/N DD
     16/02/2011
71A: Details of Charges
     OUR (Charges to be borne by the ordering customer)
```

----------- Message Header -------------------------------

Swift Input : FIN 103 Single Customer Credit Transfer

Sender : BLIBLV22XXX

     BALTIC INTERNATIONAL BANK

     RIGA, LATVIA

Receiver : BKTRUS33XXX

     DEUTSCHE BANK TRUST COMPANY AMERICAS

     NEW YORK,NY, UNITED STATES

Message User Reference (MUR) : 1574558227.00

-------------------------------- Message Text ----------------------------------

20: Transaction Reference Number

    FT11039N465D

23B: Bank Operation Code or Identification of the Option

    CRED (Credit transfer where there is no SWIFT Service Level involved)

32A: Value Date, Currency and Amount

   Date     : 08 February 2011

   Currency   : USD (US DOLLAR)

   Amount    : #131,600.00#

50K: Ordering Customer Additional Party (Name and Address)

   /LV49BLIB1001013039001

   TANKER INTERNATIONAL LIMITED

   Level 5, 369 Queen Street

   Auckland, New Zealand

57A: Account With Institution (ISO Bank Identifier Code)

   NRTHUS33

   TD BANK, N.A.

   MOUNT LAUREL,NJ, UNITED STATES

59: Beneficiary Customer

   /4247341954

   CNN USA TRADING INC 2264 65TH

   STREET BROOKLYN, NEW YORK 11204

70: Details of Payment

   PMNT FOR CARS ACC INV W/N DD

   26/01/2011

71A: Details of Charges

   OUR (Charges to be borne by the ordering customer)

```
--------------- Message Header ----------------------------------
Swift Input : FIN 103 Single Customer Credit Transfer
Sender : BLIBLV22XXX
         BALTIC INTERNATIONAL BANK
         RIGA, LATVIA
Receiver : BKTRUS33XXX
         DEUTSCHE BANK TRUST COMPANY AMERICAS
         NEW YORK,NY, UNITED STATES
Message User Reference (MUR) : 1564258602.00
--------------------------------- Message Text ----------------------------
-----
 20: Transaction Reference Number
     FT10301FG8PT
23B: Bank Operation Code or Identification of the Option
     CRED (Credit transfer where there is no SWIFT Service Level involved)
32A: Value Date, Currency and Amount
     Date           : 28 October 2010
     Currency       : USD (US DOLLAR)
     Amount         : #65,000.00#
50K: Ordering Customer Additional Party (Name and Address)
     /LV53BLIB3200009361001
     RITTAN CAPITAL
     1 OAK COURT, CALEDON STR.
     SOMERSET WEST, ZA
57A: Account With Institution (ISO Bank Identifier Code)
     NRTHUS33
     TD BANK, N.A.
     MONT LAREUL,NJ, UNITED STATES
 59: Beneficiary Customer
     /4247341954
     CNN USA TRADING INC 2264 65TH
     STREET BROOKLYN, NEW YORK 11204
 70: Details of Payment
     PMNT FOR CARS ACC INV W/N DD
     21/10/2010
71A: Details of Charges
     OUR (Charges to be borne by the ordering customer)
```

```
-------------- Message Header --------------------------------
Swift Input : FIN 103 Single Customer Credit Transfer
Sender : BLIBLV22XXX
          BALTIC INTERNATIONAL BANK
          RIGA, LATVIA
Receiver : BKTRUS33XXX
          DEUTSCHE BANK TRUST COMPANY AMERICAS
          NEW YORK,NY, UNITED STATES
Message User Reference (MUR) : 1562248648.01
--------------------------------- Message Text ----------------------------
-----
  20: Transaction Reference Number
      FT102815X6NJ
 23B: Bank Operation Code or Identification of the Option
      CRED (Credit transfer where there is no SWIFT Service Level involved)
 32A: Value Date, Currency and Amount
      Date         : 08 October 2010
      Currency     : USD (US DOLLAR)
      Amount       : #115,700.00#
 50K: Ordering Customer Additional Party (Name and Address)
      /LV53BLIB3200009361001
      RITTAN CAPITAL
      1 OAK COURT, CALEDON STR.
      SOMERSET WEST, ZA
 57A: Account With Institution (ISO Bank Identifier Code)
      NRTHUS33
      TD BANK, N.A.
      MONT LAREUL,NJ, UNITED STATES
  59: Beneficiary Customer
      /4247341954
      CNN USA TRADING INC 2264 65TH
      STREET BROOKLYN; NEW YORK 11204
  70: Details of Payment
      PMNT FOR CARS ACC INV W/N DD
      28/09/2010
 71A: Details of Charges
      OUR (Charges to be borne by the ordering customer)
```

```
--------------- Message Header ----------------------------------
Swift Input : FIN 103 Single Customer Credit Transfer
Sender : BLIBLV22XXX
         BALTIC INTERNATIONAL BANK
         RIGA, LATVIA
Receiver : BKTRUS33XXX
         DEUTSCHE BANK TRUST COMPANY AMERICAS
         NEW YORK,NY, UNITED STATES
Message User Reference (MUR) : 1558357839.00
-------------------------------- Message Text ----------------------------
-----
 20: Transaction Reference Number
     FT10242Y4798
23B: Bank Operation Code or Identification of the Option
     CRED (Credit transfer where there is no SWIFT Service Level involved)
32A: Value Date, Currency and Amount
     Date          : 30 August 2010
     Currency      : USD (US DOLLAR)
     Amount        : #90,000.00#
50K: Ordering Customer Additional Party (Name and Address)
     /LV53BLIB3200009361001
     RITTAN CAPITAL
     1 OAK COURT, CALEDON STR.
     SOMERSET WEST, ZA
57A: Account With Institution (ISO Bank Identifier Code)
     NRTHUS33
     TD BANK, N.A.
     MONT LAREUL,NJ, UNITED STATES
 59: Beneficiary Customer
     /4247341954
     CNN USA TRADING INC 2264 65TH
     STREET BROOKLYN, NEW YORK 11204
 70: Details of Payment
     PMNT FOR CARS ACC INV W/N DD
     27/08/2010
71A: Details of Charges
     OUR (Charges to be borne by the ordering customer)
```

```
------------------ Message Header -----------------------------------
Swift Input : FIN 103 Single Customer Credit Transfer
Sender : BLIBLV22XXX
         BALTIC INTERNATIONAL BANK
         RIGA, LATVIA
Receiver : BKTRUS33XXX
           DEUTSCHE BANK TRUST COMPANY AMERICAS
           NEW YORK,NY, UNITED STATES
Message User Reference (MUR) : 1555951879.00
----------------------------------- Message Text ----------------------------
-----
 20: Transaction Reference Number
     FT102186QR33
23B: Bank Operation Code or Identification of the Option
     CRED (Credit transfer where there is no SWIFT Service Level involved)
32A: Value Date, Currency and Amount
     Date       : 06 August 2010
     Currency   : USD (US DOLLAR)
     Amount     : #84,000.00#
50K: Ordering Customer Additional Party (Name and Address)
     /LV53BLIB3200009361001
     RITTAN CAPITAL
     1 OAK COURT, CALEDON STR.
     SOMERSET WEST, ZA
57A: Account With Institution (ISO Bank Identifier Code)
     NRTHUS33
     TD BANK, N.A.
     MONT LAREUL,NJ, UNITED STATES
 59: Beneficiary Customer
     /4247341954
     CNN USA TRADING INC
     2264 65TH STREET
     BROOKLYN, NEW YORK 11204
 70: Details of Payment
     PMNT FOR CARS ACC INV W/N DD
     03/08/2010
71A: Details of Charges
     OUR (Charges to be borne by the ordering customer)
```

Reģionālā Investīciju Banka

Стр. 1 из 1



**INVESTĪCIJU BANKA**

Международное перечисление

| | |
|---|---|
| Номер счета Клиента * | LV31RIBR00028160N0000 |
| Клиент | PROTECTMAX LLP |
| Перечисление № * | 429 |
| Дата исполнения * | 30/11/2010 |
| Сумма и валюта * | 147000.00 USD |

**Сведения о получателе:**

| | |
|---|---|
| Получатель * | CNN USA TRADING INC |
| Регистрационный номер получателя | |
| Код государства получателя * | United States - US |
| Адрес получателя | 2264 65th Street, Brooklyn, NY 11204 |
| Номер счета получателя * | 4247341954 |
| Информация получателю * | Payment for autocars , Invoice date 2010/11/26 |
| Вид перечисления | Экспресс |
| Плательщик комиссии | OUR |

**Сведения о банке получателя:**

| | |
|---|---|
| Код банка получателя | SWIFT |
| SWIFT Код * | NRTHUS33 |
| Банк получателя * | TD BANK, N.A. |
| Код государства банка получателя * | United States - US |
| Адрес банка получателя | MONT LAREUL,NJ |
| Дополнительная информация о банке получателя | |
| Номер счета банка получателя в банке посреднике | |

**Сообщение банку (номер факса или адрес эл-почты)**

| | |
|---|---|
| Желаю получить копию SWIFT в интернетбанке | Нет |
| Получить копию SWIFT другим образом | |

05.04.2011

Reģionālā Investīciju Banka

Стр. 1 из 1



**INVESTĪCIJU BANKA**

Международное перечисление

| | |
|---|---|
| Номер счета Клиента * | LV31RIBR00028160N0000 |
| Клиент | PROTECTMAX LLP |
| Перечисление № * | 409 |
| Дата исполнения * | 27/09/2010 |
| Сумма и валюта * | 25500.00 USD |

**Сведения о получателе:**

| | |
|---|---|
| Получатель * | CNN USA TRADING INC |
| Регистрационный номер получателя | |
| Код государства получателя * | United States - US |
| Адрес получателя | 2264 65th Street, Brooklyn, NY 11204 |
| Номер счета получателя * | 4247341954 |
| Информация получателю * | Payment for autocars , Invoice date 2010/09/13 |
| Вид перечисления | Экспресс |
| Плательщик комиссии | OUR |

**Сведения о банке получателя:**

| | |
|---|---|
| Код банка получателя | SWIFT |
| SWIFT Код * | NRTHUS33 |
| Банк получателя * | TD BANK, N.A. |
| Код государства банка получателя * | United States - US |
| Адрес банка получателя | MONT LAREUL,NJ |
| Дополнительная информация о банке получателя | |
| Номер счета банка получателя в банке посреднике | |

**Сообщение банку (номер факса или адрес эл-почты)**

| | |
|---|---|
| Желаю получить копию SWIFT в интернетбанке | Нет |
| Получить копию SWIFT другим образом | |

Str. 1 iz 1

· Reģionālā Investīciju Banka



**INVESTĪCIJU BANKA** | Международное перечисление

| | |
|---|---|
| Номер счета Клиента * | LV31RIBR00028160N0000 |
| Клиент | PROTECTMAX LLP |
| Перечисление № * | 403 |
| Дата исполнения * | 21/07/2010 |
| Сумма и валюта * | 82500.00 USD |

**Сведения о получателе:**

| | |
|---|---|
| Получатель * | CNN USA TRADING INC |
| Регистрационный номер получателя | |
| Код государства получателя * | United States - US |
| Адрес получателя | 2264 65th Street, Brooklyn, NY 11204 |
| Номер счета получателя * | 4247341954 |
| Информация получателю * | Payment for autocars , Invoice date 2010/07/19 |
| Вид перечисления | Экспресс |
| Плательщик комиссии | OUR |

**Сведения о банке получателя:**

| | |
|---|---|
| Код банка получателя | SWIFT |
| SWIFT Код * | NRTHUS33 |
| Банк получателя * | TD BANK, N.A. |
| Код государства банка получателя * | United States - US |
| Адрес банка получателя | MONT LAREUL,NJ |
| Дополнительная информация о банке получателя | |
| Номер счёта банка получателя в банке посреднике | |

**Сообщение банку (номер факса или адрес эл-почты)**

| | |
|---|---|
| Желаю получить копию SWIFT в интернетбанке | Нет |
| Получить копию SWIFT другим образом | |

05.04.2011

Reģionālā Investīciju Banka

Стр. 1 из 1


INVESTĪCIJU BANKA

Международное перечисление

| | |
|---|---|
| Номер счета Клиента * | LV31RIBR00028160N0000 |
| Клиент | PROTECTMAX LLP |
| Перечисление № * | 408 |
| Дата исполнения * | 17/09/2010 |
| Сумма и валюта * | 65000.00 USD |

**Сведения о получателе:**

| | |
|---|---|
| Получатель * | CNN USA TRADING INC |
| Регистрационный номер получателя | |
| Код государства получателя * | United States - US |
| Адрес получателя | 2264 65th Street, Brooklyn, NY 11204 |
| Номер счета получателя * | 4247341954 |
| Информация получено * | Payment for autocars , Invoice date 2010/09/13 |
| Вид перечисления | Экспресс |
| Плательщик комиссии | OUR |

**Сведения о банке получателя:**

| | |
|---|---|
| Код банка получателя | SWIFT |
| SWIFT Код * | NRTHUS33 |
| Банк получателя * | TD BANK, N.A. |
| Код государства банка получателя * | United States - US |
| Адрес банка получателя | MONT LAREUL,NJ |
| Дополнительная информация о банке получателя | |
| Номер счёта банка получателя в банке посреднике | |

**Сообщение банку (номер факса или адрес эл-почты)**

| | |
|---|---|
| Желаю получить копию SWIFT в интернетбанке | Нет |
| Получить копию SWIFT другим образом | |

https://www.banknet.lv/x/operations?execution=e4s9

05.04.2011

Regionālā Investīciju Banka

Стр. 1 из 1



**Международное перечисление**

| Номер счета Клиента * | LV31RIBR00028160N0000 |
|---|---|
| Клиент | PROTECTMAX LLP |
| Перечисление № * | 421 |
| Дата исполнения * | 08/11/2010 |
| Сумма и валюта * | 130400.00 USD |

### Сведения о получателе:

| Получатель * | CNN USA TRADING INC |
|---|---|
| Регистрационный номер получателя | |
| Код государства получателя * | United States - US |
| Адрес получателя | 2264 65th Street, Brooklyn, NY 11204 |
| Номер счета получателя * | 4247341954 |
| Информация получателю * | Payment for autocars , Invoice date 2010/11/06 |
| Вид перечисления | Экспресс |
| Плательщик комиссии | OUR |

### Сведения о банке получателя:

| Код банка получателя | SWIFT |
|---|---|
| SWIFT Код * | NRTHUS33 |
| Банк получателя * | TD BANK, N.A. |
| Код государства банка получателя * | United States - US |
| Адрес банка получателя | MONT LAREUL,NJ |
| Дополнительная информация о банке получателя | |
| Номер счёта банка получателя в банке посреднике | |

### Сообщение банку (номер факса или адрес эл-почты)

| Желаю получить копию SWIFT в интернетбанке | Нет |
|---|---|
| Получить копию SWIFT другим образом | |